# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:   MARIE A MARKHAM                                 CASE NO: 07-14267
                                                        CHAPTER 13


       DEBTORS(S)                                       JUDGE:  JACK B SCHMETTERER


                                                       NOTICE OF FINAL CURE PAYMENT


Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Tom Vaughn, files this Notice of  Final Cure Payment. The amount required to cure the default in the claims listed below has been paid in full.

**Name  of Creditor:**      HSBC

------------------------------------------------------------------------------

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 0004 | 5593/6939 00125509 | $ 7,450.30 | $ 7,450.30 | $ 7,450.30 |
| Total Amount Paid the Trustee | | | | $ 7,450.30 |

------------------------------------------------------------------------------

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

 X   Through the Chapter 13 Conduit                         __  Direct by the Debtor(s)

------------------------------------------------------------------------------

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed. R. Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim and 2) whether the debtor(s) are otherwise current on all payments consistent with  11 U.S.C § 1322(b)(S)

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the court on this the 10th day of   October, 2012.

Debtor(s)

MARIE A MARKHAM
13838 ATLANTIC AVE
RIVERDALE IL 60827-0905

Debtors Attorney

TIMOTHY K LIOU
900 W WASHINGTON BLVD
CHICAGO IL 606072298

Addtional Creditors

FREEDMAN ANSELMO LINBERG & RAP
PO BOX 3228
NAPERVILLE IL 60566-7228

Additional Creditors

FREEDMAN ANSELMO LINDBERG &
1807 W DIEHL R #333
PO BOX 3228
NAPERVILLE IL 60566-7107

Addtional Creditors

HSBC MORTGAGE SVCS INC
636 GRAND REGENCY BLVD
BRANDON FL 33510

Mortgage Arrearage Creditor

HSBC
PO BOX 9068
BRANDON FL 33509-9068

Electronic Service US Trustee

Date: October 10, 2012

/s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
Chapter 13 Trustee
55 East Monroe Street, Suite 3850
Chicago, Ill   60603